### B. D. BREWER v. STATE.

#### No. A-2258.

Appeal from County Court, Payne County;

W. H. Wilcox, Judge.

B. D. Brewer was convicted of violating the prohibitory law, and appeals. Affirmed.

Reece & Grubbs, for plaintiff in error.

R. McMillan, Asst. Atty. Gen., for the State.

PER CURIAM. The plaintiff in error, B. D. Brewer, was convicted at the January, 1914, term of the county court of Payne county on a charge of selling intoxicating liquor, and his punishment fixed at imprisonment in the county jail for a period of thirty days and a fine of fifty dollars. A careful examination of the record discloses no error sufficient to justify a reversal of the judgment. It is, therefore, affirmed.